Order entered December 27, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00550-CR

 JOHN RICHARD BUSBEY, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 4
 Dallas County, Texas
 Trial Court Cause No. F10-11264-K

 ORDER

 On November 8, 2012, this Court ordered that a supplemental clerk's
record be filed within fifteen days. To date, we have not received the
supplemental record, nor have we had any correspondence from the District
Clerk regarding the status of that record.
 Accordingly, we ORDER the Dallas County District Clerk to file, within
TEN DAYS of the date of this order, a supplemental record containing copies
of all pretrial motions, the jail writ, docket sheet, pass slips, business
records filed, and jail disposition sheet.
 We DIRECT the Clerk to send copies of this order, by electronic
transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas
County District Clerk's Office, Criminal
Records Division; and to counsel for all parties.

 /s/ DAVID L. BRIDGES
 JUSTICE